

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00179-CR

_____

THE STATE OF TEXAS, Appellant

V.

TONI ANTWORN ROBERTS, Appellee

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court No. 20,624-2009

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

The State of Texas, appellant, has filed with this Court a motion to dismiss its appeal. *See* TEX. R. APP. P. 42.2(a); *State v. Miles*, 994 S.W.2d 410 (Tex. App.—Waco 1999, no pet.). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted: January 19, 2010
Date Decided: January 20, 2010

Do Not Publish